AO 91 (Rev. 12/10) Criminal Complaint

SEALED

| | U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS |
|---|---|
| United States District Court | FILED<br>NOV 20 2014 |
| NORTHERN DISTRICT OF TEXAS | CLERK, U.S. DISTRICT COURT<br>By_____ Deputy |

UNITED STATES OF AMERICA

V.

RANDY RAY WESSON

**COMPLAINT**

CASE NUMBER: 3-14-MJ- 4865 BJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 7, 2014, in the Dallas Division of the Northern District of Texas, defendant(s) did,

> knowingly and intentionally transport and ship child pornography using a means and facility of interstate and commerce by any means including by computer by uploading an image of child pornography using an internet application called Instagram, depicting a minor engaged in sexually explicit conduct,

in violation of Title 18, United States Code, Section(s) 2252A(a)(1).

I further state that I am a(n) Special Agent with U.S. Homeland Security Investigations (HSI) and that this complaint is based on the following facts:

See attached Affidavit of Special Agent Jason M. Prasnikar, (HSI) which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:  XX Yes   No

_____
Signature of Complainant
JASON M. PRASNIKAR
Special Agent, (HSI)

Sworn to before me and subscribed in my presence, on this 20th day of November, 2014, at Dallas, Texas.

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

I, Jason M. Prasnikar, being duly sworn, declared and state as follows:

## INTRODUCTION

1. I am currently a Special Agent with the Department of Homeland Security Investigations, (HSI) assigned to the Office of the Special Agent in Charge, Dallas, Texas. Prior to becoming an HSI special agent in April 2007, I was employed as a United States Customs Inspector for ten years. As part of affiant's duties as an HSI agent, affiant investigates criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. Affiant has received training in the area of child pornography and child exploitation, and has had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Affiant has been involved in numerous child pornography investigations and is very familiar with the tactics used by child pornography offenders who collect and distribute child pornographic images.

2. This affidavit sets forth facts and suggests reasonable inferences from those facts, establishing that there is probable cause to believe that on or about June 7, 2014, in the Northern District of Texas, Randy Ray Wesson, committed

the offense of Transportation of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1).

3. The information contained in this affidavit is from affiant's personal knowledge of the described investigation and from information obtained from other law enforcement agents.

## OVERVIEW OF INVESTIGATION

4. In furtherance of this investigation, on November 18, 2014, the Hurst Police Department located in Hurst, Texas, executed a state search warrant at the residence of Randy Ray Wesson, (referred to as Wesson) located at ▇▇▇ David Dr. Fort Worth, Texas, in an effort to search for and seize evidence of child pornography.

5. The investigation began when Hurst Police Detective C. Woodside received information from the Dallas Police Department's Internet Crimes Against Children (ICAC) Unit based on a Cybertip referral from the National Center for Missing and Exploited Children (NCMEC). The Cybertip referral indicated that an Instagram member utilizing the email address of repodisk@hotmail.com had uploaded an image of child pornography through their server on June 7, 2014. The image as described by Det. C. Woodside is a jpeg image with a file name of **File1.jpg**; depicting a young nude male appearing to be approximately 10-12 years of age receiving oral sex from an adult male.

Affidavit – Page 2

6. Law enforcement data base queries of the aforementioned email address repodisk@hotmail.com revealed the identity of Wesson in the Fort, Worth Texas area as the owner of the account.

7. During the search warrant, Wesson was encountered at the residence and informed of the nature of the search warrant. In addition, Wesson was informed of his Miranda Warnings, which he waived and agreed to be interviewed by Det. C. Woodside.

8. During the interview, Wesson admitted to uploading child pornography through various social media platforms to include Instagram, KIK, and ooVoo. Wesson further admitted to downloading and viewing over 42,000 images of child pornography that would be found on his computer media devices as well as transporting child pornography through his Instagram account using the email address of repodisk@hotmail.com.

9. On November 19, 2014, Dallas HSI Cyber/Child Exploitation Group (CCEG) Special Agents were requested by Det. Woodside to take the lead in this investigation, and all evidence was transported to the Dallas HSI office for further forensic analysis.

10. On the above November 19, 2014, date, Dallas HSI Computer Forensic Agent (CFA) J. Delgado conducted a preliminary examination of Wesson's Dell Inspiron 530 Desktop Computer, which contained a 320 GB

Western Digital Hard Drive, manufactured in Thailand, with serial number WCA22542407.

11. CFA J. Delgado discovered numerous images of child pornography to include the following images for example:

| FILE NAME | FILE DESCRIPTION |
|---|---|
| IMG_3636 (2).JPG | An image file depicting a nude prepubescent boy lying on a bed being anally penetrated by an adult male's penis. |
| IMG_3385.JPG | An image file depicting two nude prepubescent boys with one boy preforming oral sex on the other boy's penis. |
| IMG_3456.JPG | An image file depicting a three prepubescent boys in which one of the boys is being anally and orally penetrated by the other two boy's penises. |

12. Further examination of Wesson's Samsung Android Phone confirmed he has an active Instagram account with the associated email address of repodisk@hotmail.com substantiating the information provided during the consensual interview.

## **CONCLUSION**

13. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that on or about June 7, 2014, in the

Affidavit – Page 4

Northern District of Texas, Randy Ray Wesson, knowingly transported and shipped child pornography using a means and facility of interstate and commerce by any means including by computer by uploading an image of child pornography using an internet application called Instagram, depicting a minor engaged in sexually explicit conduct as defined in 18 U.S.C. §2256, in violation of 18 U.S.C. §2252A(a)(1).

_____
Jason M. Prasnikar
Special Agent
Department of Homeland Security Investigations

Subscribed and sworn before me this 20th day of November 20, 2014.

_____
HONORABLE RENÉE HARRIS TOLIVER
United States Magistrate Judge
Northern District of Texas

Affidavit -- Page 5