

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC 1 7 2014

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

UNITED STATES OF AMERICA

v.

RANDY RAY WESSON (01)

No.

4:14CR245-Y

### INDICTMENT

The Grand Jury Charges:

### Count One
Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about November 18, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Randy Ray Wesson** did knowingly possess matter that contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

Specifically, **Wesson** possessed a Dell Inspiron 530 Desktop computer, serial number HD1THG1, containing the following described files visually depicting minors, including a prepubescent minor, engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256:

Indictment – Page 1

| File path | Description of the image |
|---|---|
| Randy Wesson\ Documents\Matty\ White iphone\molestation\ IMG_3636(2).JPG | A still image depicting a nude prepubescent male who is lying on his side and being anally penetrated by an adult male |
| Randy Wesson\ Documents\Matty\ White iphone\molestation\ IMG_3385.JPG | A still image of a nude prepubescent male lying on his back while another minor male performs oral sexual intercourse on the prepubescent male |
| Randy Wesson\ Documents\Matty\ White iphone\molestation\ IMG_3512.JPG | A still image of a nude prepubescent male performing oral sexual intercourse on an adult male wearing only a white shirt |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

Count Two
Receipt of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1))

On or about February 9, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Randy Ray Wesson** knowingly received any visual depiction using any means and facility of interstate and foreign commerce, knowing the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

Specifically, **Wesson** used the Internet and Instagram to receive the following visual depiction of a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256:

| File Name | File Description |
|-----------|-----------------|
| Frontal000300.PNG | Image depicting a minor male lying on his back wearing a striped shirt; the boy's hands are on his underwear and his erect penis is exposed in the image. |
| Frontal000304.PNG | Image depicting a nude minor male lying on his back with his legs in the air and holding his buttocks to expose his anus; the boy's genitals are also visible in the image. |

In violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1).

Indictment – Page 3

## Forfeiture Notice
### (18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Count One and Count Two and pursuant to 18 U.S.C. § 2253(a), defendant **Wesson** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[rest of page intentionally left blank]

**Indictment – Page 4**

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1.    One Dell Inspiron 530 Desktop computer, serial number HD1THG1, containing visual depictions of minors engaged in sexually explicit conduct,

seized from **Wesson's** residence in Fort Worth, Texas, on November 18, 2014.


A TRUE BILL

*Angela Beard*

FOREPERSON


SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

### THE UNITED STATES OF AMERICA

### VS.

### RANDY RAY WESSON (01)

### INDICTMENT

18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2)
Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct
(COUNT 1)

18 U.S.C. § 2252(a)(2) and 2252(b)(1)
Receipt of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct
(COUNT 2)

18 U.S.C. § 2253
Forfeiture

A true bill rendered:

DALLAS                                    *Angela Bland*                    FOREPERSON

Filed in open court this 16th day of December, A.D. 2014.

Defendant in Custody.

UNITED STATES DISTRICT JUDGE
(Magistrate Case Number: 4:14-MJ-485)