IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | 4:14.CR.245-Y |
|---|---|
| VS | |
| RANDY RAY WESSON (1) | |

**ORDER OF REFERRAL FOR ARRAIGNMENT
AND RECEIPT OF NOT GUILTY PLEA**

The above-styled and numbered cause is hereby REFERRED to United States Magistrate Judge Jeffrey L. Cureton for arraignment at **9:30 a.m.** on **December 31, 2014**. **All attorneys must be in Court by 9:00 a.m. to insure a timely start of the arraignment hearing**. Defense counsel is ORDERED to **IMMEDIATELY** notify Carmen Bush at 817-850-6673, if an interpreter will be needed at the arraignment.

If you and your client desire to waive your client's right to be present at arraignment, the attached Waiver of Arraignment and Entry of Not Guilty Plea must be completed, signed, and returned **(not filed)** to Julie Harwell, United States District Clerk's Office, 501 W. 10th Street, Room 310, Fort Worth, TX 76102, no later than noon the day before your arraignment is set. If the waiver is timely submitted, you and your client will not be required to appear at arraignment. Otherwise, you and your client must be present at the arraignment on the date and time stated above.

SIGNED December 18, 2014.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/cb

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:14-CR-245-Y |
| | § | **(This document *cannot* be efiled)** |
| RANDY RAY WESSON (1) | § | |

## WAIVER OF ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

Pursuant to FED. R. CRIM. P. 10(b), the above-named defendant waives the right to be present at arraignment. The defendant affirms having received a copy of the indictment in the above-captioned case, and reviewing the indictment with counsel. The defendant acknowledges and understands the general nature of the charges against the defendant.

With the advice and consent of counsel, the defendant hereby waives the right to be present at arraignment and enters a plea of **NOT GUILTY** to each count charged.

_____  Date:_____
Defendant

_____
Defense Counsel  Date: _____

Accepted by the Court this ____ day of _____ 2014.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE